**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH TRAFFICANTE
AMY TRAFFICANTE

Chapter 13

Debtor

Bankruptcy No. 15-17406-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL GUMBEL
BAINBRDGE LAW CENTER
850 S 2ND ST
PHILA, PA 19147-


Debtor:
JOSEPH TRAFFICANTE
AMY TRAFFICANTE
5 Harrison Avenue

Clifton Heights, PA 19018